Order entered March 28, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00023-CR

### MICHAEL KELLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-61149-M

## ORDER

The Court **REINSTATES** the appeal.

On March 4, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We also noted that the clerk's record does not contain a copy of the trial court's certification of appellant's right to appeal. We have received the reporter's record, but have not yet received the certification of appellant's right to appeal. Accordingly, we **VACATE** the March 4, 2013 order to the extent it requires findings.

We **ORDER** the trial court to file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

Appellant's brief is due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE